# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FREDRICK VON SEYDEWITZ,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 3:14-cv-00212-LRH-VPC

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. By order filed August 4, 2014, this Court directed the Clerk of Court to electronically serve the petition on respondents and directed respondents to file a response to the petition. (ECF No. 5). It has come to the Court's attention that, due to a clerical error, the Clerk of Court failed to serve the petition on respondents.

**IT IS THEREFORE ORDERED** that the Clerk now **SHALL FILE and ELECTRONICALLY SERVE** the petition (ECF No. 6) upon the respondents.

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from entry of this order within which to answer, or otherwise respond to, the petition. In their answer or other response, respondents shall address all claims presented in the petition. Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. **Successive motions to dismiss will not be entertained**. If an answer is filed, respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in

1 the United States District Courts under 28 U.S.C. §2254.  If an answer is filed, petitioner shall have
2 **forty-five (45) days** from the date of service of the answer to file a reply.
3     **IT IS FURTHER ORDERED** that any state court record exhibits filed the parties shall be
4 filed with a separate index of exhibits identifying the exhibits by number or letter.  The hard copy of
5 all state court record exhibits shall be forwarded, for this case, to the staff attorneys in the **Reno**
6 **Division** of the Clerk of Court.  The hard copy of all exhibits submitted to the Court shall be tabbed
7 and shall be bound along the top edge of the pages.
8     **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the Attorney
9 General of the State of Nevada a copy of every pleading, motion, or other document he submits for
10 consideration by the Court.  Petitioner shall include with the original paper submitted for filing a
11 certificate stating the date that a true and correct copy of the document was mailed to the Attorney
12 General.  The Court may disregard any paper that does not include a certificate of service.  After
13 respondents appear in this action, petitioner shall make such service upon the particular Deputy
14 Attorney General assigned to the case.

    DATED this 7th day of October, 2014.

                                     LARRY R. HICKS
                                      UNITED STATES DISTRICT JUDGE